W. A. WELLS, APPELLEE, V. FARMERS STATE BANK OF OVERTON: CLARENCE G. BLISS, RECEIVER, APPELLANT: ARTHUR A. FOREMAN ET AL., APPELLEES.

FILED JUNE 29, 1931. No. 27748.

*C. M. Skiles, I. D. Beynon* and *Frank M. Johnson,* for appellant.

*James E. Bednar* and *Miller & Blackledge, contra.*

Heard before ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ., and HORTH, District Judge.

DEAN, J.

This action is a companion case to that decided herewith, entitled *Wells v. Farmers State Bank, ante,* p. 462. The facts and the law applicable thereto are identical with the above case except for the description of certain property, namely, the northwest quarter of section 22, township 9, north, range 20 west of the sixth principal meridian, in Dawson county.

For the reasons set forth in the above entitled case, the judgment herein must be and it hereby is

REVERSED.